

1

2

3

4

5

6

7       UNITED STATES DISTRICT COURT FOR THE
        WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

10    UNITED STATES OF AMERICA,              No.  CR14- **87 JCC**

11                        Plaintiff,

12              v.                            INFORMATION

13    ALEX A. KIBKALO,

14                        Defendant.

15

16        The United States Attorney charges that:

17                        **COUNT 1**
                    **(Theft of Trade Secrets)**
18

19        On or about August 18, 2012, at Redmond, within the Western District of

20    Washington, and elsewhere, ALEX A. KIBKALO, with intent to convert trade secrets

21    belonging to Microsoft, specifically, Microsoft's Activation Server Software

22    Development Kit, to the economic benefit of someone other than Microsoft, which trade

23    secrets were related to and included in products that were produced for and placed in

24    interstate and foreign commerce, did knowingly and without authorization download,

25    upload, transmit, deliver, send, communicate, and convey such information from

26    //

27    //

28    //

INFORMATION/KIBKALO (CR14-____) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Microsoft's computer system, and did attempt to do so, intending and knowing that such

2  acts would injure Microsoft.

3          All in violation of Title 18, United States Code, Section 1832(a)(2), (a)(4), and 2.

4

5          DATED this _28TH_ day of March, 2014.

6

7

8                                          JENNY A. DURKAN
                                    for
9                                          United States Attorney

10

11

12                                         ANDREW C. FRIEDMAN
                                           Assistant United States Attorney
13

14

15                                         NORMAN M. BARBOSA
                                           Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/KIBKALO (CR14-____) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970